

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00524-CV

**ROCKSPRINGS VAL VERDE WIND, LLC,**
Appellant

v.

Jackie **CASANOVA**, RPA, CCA, in her capacity as the Chief Appraiser of the Val Verde
County Appraisal District,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34133
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ,[1] AND JUSTICE VALENZUELA

In accordance with our supplemental memorandum opinion of this date, we GRANT the parties' agreed motion to dismiss the appeal. Accordingly, we WITHDRAW our December 31, 2024 judgment and SET ASIDE the trial court's judgment without regard to the merits and REMAND the cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Costs of appeal are taxed against appellant Rocksprings Val Verde Wind, LLC. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement by the parties, the court will tax costs against the appellant.").

All other pending motions in this appeal are DENIED AS MOOT.

SIGNED April 2, 2025.

_____
Irene Rios, Justice

---

[1] Justice Liza A. Rodriguez, who participated in this court's original opinion dated December 31, 2024, is no longer a sitting justice on the Fourth Court of Appeals and thus does not participate in the supplemental memorandum opinion and accompanying judgment.